# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
08/26/2019
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:19-M -02430(1) |
| | § |
| (1) Luis Fernando Flores-Flores | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Luis Fernando Flores-Flores, was presented by counsel, Christopher J. Carlin.

The defendant pled guilty to the complaint on August 26, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | August 22,  2019 |

As pronounced on August 26, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the  $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion.  **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 26th day of August, 2019**.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

USA                                     §
                                        §
                                        §     Case Number:   PE:19-M -02430(1)
vs.                                     §
(1) Luis Fernando Flores-Flores         §
*Defendant*                             §

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On August 26, 2019, the defendant appeared in Open Court before  U.S. Magistrate  Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1)      The nature of the charge against him/her.
2)      The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3)      That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4)      The right to a preliminary examination if not indicted; and,
5)      The right to consideration of bail.

**Attorney**
**( X )   Carlin, Christopher J.   FPD**

**Bond**
(    )   No Bond Set.
**OTHER**
**(  )**

## SENTENCE IMPOSED BY THE COURT

**( X )**        WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
                 **SENTENCE:  TIME SERVED   FINE: NO        S/A:  REMITTED**

**(    )**       WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
                 **SENTENCED to:    1  YEAR(s)  PROBATION,  FINE:  NO  S/A: REMITTED**

**(    )**       WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
                 **SENTENCED to:    DAYS,  FINE:  NO      S/A  $10**

**(    )**       Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**                 YES                 Court Reporter  FTR
**Language Barrier Disclosure:   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :**
            10:07 - 10:24 a..m.                  Arrested:        08/22/2019  in Presidio County
Time:          00 Minutes

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**08/26/2019**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: J. Hinojos**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:19-M -02430(1) |
| | § | |
| (1) Luis Fernando Flores-Flores | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2019** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title ___**8**___ United States Code, Section(s) ___**1325(a)(1)**___

I further state that I am a(n) **Border Patrol Prosecutions** and that this complaint is based on the following facts:   *"The defendant, Luis Fernando FLORES-Flores was arrested on August 22, 2019, in the Western District of Texas by Presidio Border Patrol Agents.  The defendant is a citizen and national of Honduras, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about August 22, 2019 in Presidio County, Texas, in the Western District of Texas at a time and place not designated*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Salisbury, Jr. ,  Martin
Border Patrol Prosecutions

August 26, 2019
Date

at   Alpine, Texas
City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -02430(1)

WESTERN DISTRICT OF TEXAS

(1) Luis Fernando Flores-Flores

FACTS   (CONTINUED)

as a port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Honduras.

The Government can prove that on August 22, 2019, the defendant,  Luis Fernando FLORES-Flores, who is a native and citizen of Honduras, did enter or attempt to enter the United States illegally, near Presidio, Texas, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
FLORES-FLORES, LUIS has no prior immigration history.

CRIMINAL HISTORY:
FLORES-FLORES, LUIS has no known criminal history.